# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANDRES GARCIA-PACHECO

VERSUS

JONATHAN MCGOWAN, SOUTH
TEXAS CELLULAR SERVICES,
INC. SOUTH TEXAS CELLULAR
SERVICES, INC. (OF TEXAS),
OHIO SECURITY INSURANCE
COMPANY, AND VANTAPRO
SPECIALTY INSURANCE COMPANY

NO.  2024 CW 0238

**JUNE 17, 2024**

---

In Re:    Ohio Security Insurance Company, applying for
          supervisory writs, 21st Judicial District Court,
          Parish of Tangipahoa, No. 20231763.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED.** The March 19, 2024 judgment denying the motion for summary judgment filed by defendant, Ohio Security Insurance Company, is reversed. Defendant produced evidence that the Ohio Security policy issued to South Texas Cellular Services, Inc. expired prior to the date of the collision at issue. Plaintiff failed to produce evidence sufficient to establish the existence of a genuine issue of material fact as to whether a policy of insurance issued by Ohio Security existed, which policy provided coverage to South Texas Cellular for the claims alleged, that was in effect at the time of this collision. See **Johnson v. Williams,** 2014-0903 (La. App. 4th Cir. 2/4/15), 160 So.3d 1036. Accordingly, the motion for summary judgment filed by Ohio Security Insurance Company is granted and the claims of Andres Garcia-Pacheco asserted against it are dismissed with prejudice.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT